IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-54 |
| DONALD TYREE SMITH | [UNDER SEAL] |

FILED
MAR 21 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Douglas C. Maloney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant DONALD TYREE SMITH, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Sections 922(o)(1) and 922(g)(1).

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By:   *s/ Douglas C. Maloney*
DOUGLAS C. MALONEY
Assistant U.S. Attorney
PA ID No. 314082